UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYRONE HOUSTON,
              Plaintiff,

v.

MICHAEL CAPRA, Individually, and as
superintendent of Sing Sing Correctional
Facility; S. HENTON, Individually, and as
deputy superintendent for health services for
Sing Sing C.F.; C. VASQUEZ, Individually,
and as a Nurse Administrator for Sing Sing
C.F.; ANTHONY ANNUCCI; ANNE MARIE
MCGRATH; JOHN MORLEY; STEPHEN
MAHER; JEFF MCKOY; RUTH BROWN;
LEON A. PRALATOWSKI; KATIE NGBODI;
SAMONE L. DINKINS; SGT. CAMPBELL,
Individually, and as prison guard Sgt. for
Fishkill C.F.; C.O BAILEY, Individually and as
prison guard for A Block (OIC relieve) for Sing
Sing C.F.; C.O ORTIZ Individually, and as
Prison Guard for Sing Sing C.F.; C.S. VALEZ;
C.O. ROBERT CIMMINELLI; Q. QUICK;
SALLY A. REAMS; LEROY FIELDS;
STEPHEN URBANSKI; and LIEUTENANT
PERKINS,
              Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 2135 (VB)

On January 15, 2021, the Court received a letter from plaintiff requesting leave to file an amended complaint add additional claims against certain defendants. (Doc. #72). Plaintiff's letter also stated he wished to add claims against new defendants. On January 19, 2021, the Court issued an Order granting plaintiff leave to file an amended complaint. (Doc. #74). Plaintiff was instructed to file his amended complaint by February 19, 2021.

To date, the Court has not received any amended complaint from plaintiff.

Accordingly, it is HEREBY ORDERED that plaintiff's deadline to file his amended complaint is <u>sua sponte</u> extended to **April 16, 2021**.

Additionally, based on plaintiff's most recent letter, it appears he is no longer located at Groveland Correctional Facility. The Court has repeatedly instructed plaintiff that it is his obligation to promptly submit written notification to the Court if his address changes. Plaintiff is directed to update the Court, in writing, as to his current address by **April 16, 2021**.

1

In addition, the Clerk is directed to update the address listed on the docket to the following:

Tyrone Houston
Din. # 11-A-5009
Fishkill Correctional Facility
P.O. Box 1245
Beacon, N.Y. 12508-0307

Because plaintiff did not inform the Court that his address had changed, chambers will mail a copy of this order, and its January 19, 2021 Order, to plaintiff at the above address.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: March 16, 2021
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge