UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYRONE HOUSTON,
          Plaintiff,

v.

MICHAEL CAPRA, Individually, and as
superintendent of Sing Sing Correctional
Facility; S. HENTON, Individually, and as
deputy superintendent for health services for
Sing Sing C.F.; C. VASQUEZ, Individually,
and as a Nurse Administrator for Sing Sing
C.F.; ANTHONY ANNUCCI; ANNE MARIE
MCGRATH; JOHN MORLEY; STEPHEN
MAHER; JEFF MCKOY; RUTH BROWN;
LEON A. PRALATOWSKI; KATIE NGBODI,
SAMONE L. DINKINS; SGT. CAMPBELL,
Individually, and as prison guard Sgt. for
Fishkill C.F.; C.O BAILEY, Individually and as
prison guard for A Block (OIC relieve) for Sing
Sing C.F.; C.O ORTIZ Individually, and as
Prison Guard for Sing Sing C.F.; C.S. VALEZ;
C.O. ROBERT CIMMINELLI; Q. QUICK;
SALLY A. REAMS; LEROY FIELDS;
STEPHEN URBANSKI; and LIEUTENANT
PERKINS,
          Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 2135 (VB)

      On January 15, 2021, the Court received a letter from plaintiff requesting leave to file an amended complaint to add additional claims against certain defendants. (Doc. #72). Plaintiff's letter also stated he wished to add claims against new defendants. On January 19, 2021, the Court issued an Order granting plaintiff leave to file an amended complaint. (Doc. #74). Plaintiff was instructed to file his amended complaint by February 19, 2021. The Court also denied without prejudice defendants' then-pending motion to dismiss. (Id.).

      On March 15, 2021, the Court sua sponte extended plaintiff's time to file his amended complaint to April 16, 2021. (Doc. #75).

      To date, the Court has not received any amended complaint from plaintiff.

      Accordingly, it is HEREBY ORDERED that plaintiff's deadline to file his amended complaint is again sua sponte extended to **May 26, 2021**.

1

**Accordingly, by May 26, 2021, plaintiff must either (i) file his amended complaint or, (ii) indicate to the Court in writing that he wishes to proceed with this action by relying on his original complaint. Failure to comply with the Court's order may result in dismissal of the action for failure to prosecute or comply with Court orders. Fed. R. Civ. P. 41(b).**

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to the address listed on the docket.

Dated: April 26, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge