Chambers of Vincent L. Briccetti  11/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYRONE HOUSTON,

        Plaintiff,

v.

        **ORDER**

        20 CV 2135 (VB)

MICHAEL CAPRA, individually and as
superintendent of Sing Sing Correctional
Facility; et al.,

        Defendants.
--------------------------------------------------------------x

    Defendants moved to dismiss the amended complaint on August 9, 2021. (Doc. #104). Defendants' reply, if any, was due November 1, 2021. (Doc. #113). To date, defendants have not filed any reply.

    By **December 3, 2021**, defendants shall either file their reply or inform the Court by letter that they do not intend to file a reply. If defendants do file a reply, plaintiff is granted permission to file a sur-reply by **December 30, 2021**.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 22, 2021
       White Plains, NY

                      SO ORDERED:

                      _____
                      Vincent L. Briccetti
                      United States District Judge