2

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 7, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge