UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYRONE HOUSTON,
              Plaintiff,
v.                                **ORDER**

S. HENTON, Individually and as
Superintendent of Sing Sing C.F.; et al.,    20 CV 2135 (VB)
              Defendants.
--------------------------------------------------------------x

        By Order dated February 23, 2023, the Court granted defendants' request for an extension of discovery (Doc. #164) and entered the Third Revised Civil Case Discovery Plan and Scheduling Order. (Doc. #163).

        Pursuant to the Third Revised Civil Case Discovery Plan and Scheduling Order, defense counsel was directed to submit a joint letter regarding the status of the parties' settlement discussions, including whether there is anything the Court can do to assist in that regard, by May 31, 2023. (Doc. #163). To date, defense counsel has not done so.

        Accordingly, it is hereby ORDERED that:

        The deadline for defense counsel to submit a joint letter regarding the status of settlement is sua sponte extended to **June 29, 2023**.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

        Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 1, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge