UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYRONE HOUSTON,
                     Plaintiff,

v.                                       **ORDER**

S. HENTON, Individually and as          20 CV 2135 (VB)
Superintendent of Sing Sing C.F., et al.,
                     Defendants.
--------------------------------------------------------------x

As discussed at a telephone conference held on the record today, at which defense counsel appeared and at which plaintiff, proceeding pro se and in forma pauperis, failed to appear for a reason unclear to the Court, it is HEREBY ORDERED:

1. A case management conference is scheduled for **September 13, 2023, at 11:00 a.m.** The conference shall proceed by telephone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by phone:

> **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**
> **Access Code: 1703567.**

2. If plaintiff is unable to appear at the conference on September 13, 2023, at 11:00 a.m., he must submit a request in writing to the Court by no later than September 6, 2023, for an adjournment of the date and/or time.

3. By September 6, 2023, defense counsel is directed to contact plaintiff regarding the September 13, 2023, conference.

4. Plaintiff shall advise the Court of any change of address in writing.

5. The Clerk is directed to update plaintiff's address on the docket to reflect the following address:

> Edgecombe Residential Treatment Facility
> 611 Edgecombe Avenue
> New York, NY 10032-4398

1

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address listed above.

Dated: August 23, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge