Copies Mailed/Faxed 12/13/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TYRONE HOUSTON,
             Plaintiff,

v.

S. HENTON, Individually and as
Superintendent of Sing Sing C.F., et al.,
             Defendants.
------------------------------------------------------------x

**ORDER**

20 CV 2135 (VB)

12/13/23

      As discussed at a telephone conference held today, at which plaintiff, proceeding pro se and in forma pauperis, and defense counsel both appeared, it is HEREBY ORDERED:

      1.    A case management conference is scheduled for **March 20, 2024, at 10:00 a.m.** The conference shall proceed by telephone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by phone:

      **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**
      **Access Code: 1703567.**

      2.    By no later than **March 6, 2024**, defense counsel shall file a status report regarding the progress of settlement discussions and any other pertinent issues.

      3.    Plaintiff shall advise the Court of any change of address promptly and in writing.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: December 13, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge